# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL GUILLORY

VERSUS

STATE OF LOUISIANA, THROUGH
THE DEPARTMENT OF
ENVIRONMENTAL QUALITY

NO.  2021 CW 1621

**FEBRUARY 25, 2022**

---

In Re:  The Louisiana Department of Environmental Quality and The Louisiana Department of Natural Resources, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 705981.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**

**CHH**

**Penzato, J.,** dissents.  The amending petition seeking a declaratory judgment filed by plaintiff, Patrick Keith, fails to state a cause of action against relators, the Louisiana Department of Environmental Quality and the Louisiana Department of Natural Resources as the allegations set forth therein do not raise claims that fall within the purview of La. Const. art. 12, §10, which waives sovereign immunity from suits for injury to person or property. Accordingly, I would reverse the district court's judgment and sustain relators' exception of no cause of action but afford Patrick Keith an opportunity to amend his petition, if he can, to state a cause of action against relators. See La. Code Civ. P. art. 934.

COURT OF APPEAL, FIRST CIRCUIT

·DEPUTY CLERK OF COURT
FOR THE COURT